IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**NEW HAMPSHIRE INSURANCE COMPANY,**

    **Plaintiff,**

**v.**

**MJTM TRUCKING,INC., and ALLEN HOBBS**

    **Defendants.**                                Case No. 09-cv-520-DRH

## JUDGMENT IN A CIVIL CASE

    **DECISION BY COURT.**  This matter is before the court for the purpose of docket control.

    **IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on June 11, 2010, this case is **DISMISSED**  with prejudice. Each party shall bear their own costs.

                                        **NANCY J. ROSENSTENGEL,**
                                        **CLERK OF COURT**


                              **BY:**        **/s/*Sandy Pannier***
                                                        **Deputy Clerk**

Dated: August 16, 2010


APPROVED: /s/  *David R Herndon*
                CHIEF JUDGE
                U. S. DISTRICT COURT